1  THE TERRELL LAW GROUP
   REGINALD TERRELL SB#127874
2  223 25th Street
   Richmond, CA 94804
3  Telephone: 510-237-9700
   Facsimile: 510-237-4616
4
   AMAMGBO & ASSOCIATES
5  DONALD AMAMGBO
   7901 Oakport Street, Suite 4900
6  Oakland, CA 94621
   Telephone: 510-615-6000
7  Facsimile: 510-615-6025

8

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13
   DENNIS PATRICK, a California resident, on     Case No.: 07-5944 SC
14 behalf of himself and all others similarly    Case No.: C08-00662 JSW
   situated,
15
                  Plaintiff,
16                                               **NOTICE OF RELATED ACTION**
       v.
17
   CHUNGHWA PICTURE TUBES, LTD., et
18 al.
19                Defendants.

20

---

## NOTICE OF RELATED ACTION

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that this action is related to M:07-cv-05944 SC **In re Cathode Ray Tube (CRT) Antitrust Litigation**.

DATED: 5/12/08

THE TERRELL LAW GROUP
AMAMGBO & ASSOCIATES

By: *Reginald Terrell* (signature)

THE TERRELL LAW GROUP
REGINALD TERRELL SB#127874
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

Attorneys for Plaintiff
DENNIS PATRICK