**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                    415.522.2000


**Reginald Von Terrell**
The Terrell Law Group
223 25th Street
Richmond, CA 94804


Dear Counsel,


Please e-file an Administrative Motion to Relate Cases into the lower case 07-5944 SC.


Thank you,


Alfred Amistoso
CSA to the Honorable
Senior Judge Samuel Conti