# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  May 16, 2008                **Court Reporter**: Jim Yeomans

**CASE NO. C-08-662  JSW**

**TITLE:**  Dennis Patrick v. Chunghwa Picture Tubes, Ltd., et al.,

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

No appearance

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**    No appearance by or for any party.
An order to show cause shall issue for Plaintiff re: failure to prosecute
The Court noted the plaintiff has failed to:
1.  File any proofs of service on defendants.
2.  File a case management statement.
3.  File a proper motion to relate cases.