**United States District Court**
For the Northern District of California

1

2

3

4

5

6             IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   DENNIS PATRICK,

10         Plaintiff,                          No. C 08-00662 JSW

11     v.

12   CHUNGHWA PICTURE TUBES, LTD., et al.      **ORDER TO SHOW CAUSE RE
                                               DISMISSAL FOR FAILURE TO**
13         Defendants.                         **PROSECUTE**
                                        /

14

15         On January 28, 2008, Plaintiff filed the complaint in this matter.  A case management

16   conference was set for May 16, 2008.  Plaintiff did not appear for the case management

17   conference and did not file a case management statement.  In addition, Plaintiff has not filed

18   proof of service on the Defendants.  Rather, Plaintiff filed a Notice of Related Action stating

19   that this matter is related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 07-5944-SC.

20   However, Plaintiff has not filed a proper motion to relate this case to *In Re Cathode Ray Tube*

21   *Antitrust Litigation.  See* N.D. Civ. L.R. 3-12(b).  Accordingly, Plaintiff is HEREBY

22   ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute.

23   Plaintiff's response to this Order *shall be due* on May 27, 2008.  Failure to comply with that

24   deadline shall result in dismissal of this case without prejudice.

25         **IT IS SO ORDERED.**

26   Dated: May 16, 2008                       _____
                                               JEFFREY S. WHITE
27                                             UNITED STATES DISTRICT JUDGE

28