IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS PATRICK,

    Plaintiff,

v.

CHUNGHWA PICTURE TUBES, LTD., et al.

    Defendants.

No. C 08-00662 JSW

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On January 28, 2008, Plaintiff filed the complaint in this matter. A case management conference was set for May 16, 2008. Plaintiff did not appear for the case management conference and did not file a case management statement. In addition, Plaintiff has not filed proof of service on the Defendants. Rather, Plaintiff filed a Notice of Related Action stating that this matter is related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 07-5944-SC, but did not file a proper motion to relate this case to *In Re Cathode Ray Tube Antitrust Litigation. See* N.D. Civ. L.R. 3-12(b).

Accordingly, on May 16, 2008, the Court issued an Order to Show Cause to Plaintiff directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff's response was due on May 27, 2008, and Plaintiff was advised that failure to comply with that deadline would result in dismissal of this action without prejudice.

On May 20, 2008, Plaintiff filed a motion to relate this matter to *In re Cathode Ray Tube Antitrust Litigation*. Plaintiff has not, however, filed a response before this Court addressing the Order to Show Cause, and the Court did not state that it would discharge the Order to Show Cause upon filing a motion before Judge Conti.

Therefore, having failed to comply with this Court's deadline, the Court dismisses this matter without prejudice.

**IT IS SO ORDERED.**

Dated: May 29, 2008

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE